# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 11, 2019

Mr. Thomas Burrell
P. O. Box 403
Memphis, TN 38101

Mr. Michael Paul Kapellas
Mr. Jonathan E. Nelson
Bass, Berry & Sims

Mr. Joseph M. Koury
Allen, Summers, Simpson, Lillie & Gresham

Mr. Richard Dennis Underwood
Farris, Bobango & Branan

Mr. Daniel Warren Van Horn
Butler Snow

> Re: Case No. 19-6012, *Thomas Burrell, et al v. Concept AG, LLC, et al*
> Originating Case No. 2:18-cv-02265

Dear Mr. Burrell and Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc: Mr. Thomas M. Gould

Enclosure

No mandate to issue

No. 19-6012

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

THOMAS BURRELL,                                )
                                               )
        Plaintiff-Appellant,                   )
                                               )
and                                            )
                                               )
TYRONE GRAYER, et al.,                         )
                                               )
        Plaintiffs,                            )
                                               )
v.                                             )
                                               )
CONCEPT AG, LLC; AGRI SELECT, LLC, et al.,     )
                                               )
        Defendants-Appellees.                  )
                                               )

```
┌─────────────────────────────┐
│         FILED               │
│       Oct 11, 2019          │
│  DEBORAH S. HUNT, Clerk     │
└─────────────────────────────┘
```

O R D E R

Before: MOORE, McKEAGUE, and READLER, Circuit Judges.

This matter is before the court upon initial consideration to determine whether this appeal was taken from an appealable order.

On April 19, 2018, Thomas Burrell and five other plaintiffs filed a complaint in the United States District Court for the Western District of Tennessee. On August 23, 2019, the district court determined that Mississippi was the proper venue for the case and transferred the action to the United States District Court for the Northern District of Mississippi pursuant to 28 U.S.C. § 1631. Burrell appeals from the transfer order.

An order transferring an action from one district court to another is not a final or appealable order. "[E]very court of appeals to have confronted [this issue] has concluded that section 1631 transfer orders are not immediately appealable." *Kinder v City of Myrtle Beach*, No. 15-3480,

No. 19-6012
- 2 -

2015 WL 4456562, at *1 (6th Cir. July 20, 2015) (quoting *Subsalve USA Corp. v. Watson Mfg., Inc.*, 462 F.3d 41, 47 (1st Cir. 2006)).

It is ordered that appeal No. 19-6012 is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk